[No. 11733–5–I.   Division One.   November 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DIETER
VAN ARSDALE, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 82–1–00037–2, Marshall Forrest, J.,

entered April 19, 1982. *Dismissed* by unpublished per curiam opinion.